648

*In re* **Wallace**, Brian Lee (MR 18281)
Baltimore, MD

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Brian Lee Wallace, who has been disciplined in the State of Maryland, is disbarred in Illinois.


*In re* **Zurek**, Kenneth Paul (MR 18164)
Franklin Park, IL

Order of the Court:

The petition by respondent for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent is disbarred, as recommended by the Review Board.